IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00868-MSK-MEH

SHANE RANDY WATSON,

    Plaintiff,

v.

DR. CALVIN POLLAND,
WARDEN H.A. RIOS, JR.,
FEDERAL BUREAU OF PRISONS, and
NATIONAL DESIGNATION OFFICER, Federal Bureau of Prisons and or
  Regional Designation Officer,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

    **THIS MATTER** comes before the Court on the pleading entitled Amended Exhibit 1 to Defendant's Motion to Dismiss **(#30)** which was entered into the case management system as a motion to amend and filed November 19, 2007 (the Motion) by Defendant Rios. Defendant has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

    DATED this 20th day of November, 2007.

                               **BY THE COURT:**

                               */s/ Marcia S. Krieger*
                               _____
                               Marcia S. Krieger

United States District Judge