**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00868-MSK-MEH

SHANE WATSON,

      Plaintiff,

v.

DR. CALVIN POLLARD, *et al.,*

      Defendants.

---

**ORDER**

---

Upon Defendant's Motion to Submit Amended Exhibit 1 to Defendant's Motion to Dismiss **(#33)**, filed with this Court on December 3, 2007,

**IT IS ORDERED** that the motion is **GRANTED**.

DATED this 4th day of December, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge