## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00868-MSK-MEH

SHANE WATSON,

      Plaintiff,

v.

DR. CALVIN POLLARD, *et al.*,

      Defendants.

---

## ORDER
---

      Upon Defendant's Motion to Strike Original Exhibit 1 to Defendant's Motion to Dismiss **(#34)**, filed with this Court on December 3, 2007,

      **IT IS ORDERED** that the motion is **GRANTED**. The Clerk of the Court shall strike Exhibit 1 from Docket Number 28 of this matter.

      DATED this 4th day of December, 2007.

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge