IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00868-MSK-KMT

SHANE RANDY WATSON,

    Plaintiff,

v.

DR. CALVIN POLLAND,
WARDEN H.A. RIOS, JR.,
FEDERAL BUREAU OF PRISONS, and
NATIONAL DESIGNATION OFFICER, Federal Bureau of Prisons and or
Regional Designation Officer,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Proceed with Discovery Against 'Certain' Defendant's"(#55, filed June 2, 2008) is **DENIED**. Discovery is stayed pending the District Court's ruling on Defendants' Motion to Dismiss (See Doc. No. 42).

Dated: June 30, 2008